UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID ADAMS and CYNTHIA ADAMS,

    Plaintiffs,

v.                                                      Case No:  2:15-cv-620-FtM-38MRM

JAMES E. ALBERTELLI, P.A. and
KATE MUNKITTRICK,

    Defendants.
_____/

## **NOTICE**[1]

This matter comes before the Court on review of the file. In the Case Management Report, the parties noted that they would likely consent to the reference of this case to the United States magistrate judge. (Doc. 28). Since then, the parties reached impasse at mediation (Doc. 33) and discovery closed (Doc. 31). This Notice follows up on the parties' indication of possible consent to the magistrate judge.

To assist the federal courts in coping with dramatically increased caseload, Congress authorized the reference to a magistrate judge of any or all of the proceedings in a civil case upon consent of all parties. *See* 28 U.S.C. § 636. Because of the heavy caseload in the Middle District of Florida, district judges refer cases to their able and

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Case 2:15-cv-00620-SPC-MRM   Document 34   Filed 02/08/17   Page 2 of 2 PageID 151

experienced magistrate judges, who can generally schedule early and firm trial dates in accordance with the needs of the parties.[2]  **However, the decision to consent is entirely the parties' decision, and any party may withhold consent with no adverse consequences.**

Accordingly, if the parties wish to consent to the assigned United States Magistrate Judge, the Court requests they file the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form found its website by **February 22, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of February 2017.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] The undersigned is currently the only active district court judge in the Fort Myers division, and likely will be for the near future.  The undersigned's trial calendar is demanding rivaled only by its motions and case management obligations.